IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HOLLIE MARIE CHIESI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CV422-286 |

## O R D E R

Before the Court is Defendant Commissioner of Social Security's Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant. (Doc. 17.) After careful consideration, Defendant's motion (Doc. 17) is **GRANTED**.

Pursuant to 42 U.S.C. § 405(g), the Commissioner's decision is **REVERSED**, and this case is **REMANDED** to the Commissioner. 42 U.S.C. § 405(g) ("The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."). Following remand, the agency will evaluate the opinion evidence and prior administrative medical findings in accordance with the revised regulations for evaluations medical evidence, offer Plaintiff the opportunity for a hearing, take further action to

complete the administrative record, and issue a new decision. (Doc. 17 at 1.) The Clerk of Court is **DIRECTED** to enter **JUDGMENT** consistent with this order and to close this case.

SO ORDERED this 31st day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA