AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HOLLIE MARIE CHIESI,

  Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

  Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV422-286

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's September 1, 2023 Order granting Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g), the Commissioner's decision is reversed, and this case is remanded to the Commissioner. This case stands closed.



9/1/2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020